

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2014

No. 04-14-00263-CV

Griselda **ORTIZ**,
Appellant

v.

Carlos **GUERRERO**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-EM5-01553
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Both the clerk's record and the reporter's record are due on May 30, 2014. On May 28, 2014, Ms. Tracy Plummer, the court reporter responsible for preparing, certifying, and filing the reporter's record, filed a Notification of Late Record, stating that appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the record and that appellant is not entitled to appeal without paying the fee. Ms. Plummer also indicates she is unsure of what is requested.

If appellant desires a reporter's record, and has not already done so, appellant is hereby ORDERED to (1) request in writing, no later than June 9, 2014, that a reporter's record be prepared and (2) designate in writing, no later than June 9, 2014, the exhibits and those portions of the record to be included in the reporter's record. *Id.* The appellant is hereby ORDERED to file a copy of the request with both the trial court clerk, *id.* at 34.6(b)(2), and this court no later than June 9, 2014.

It is also ORDERED that appellant provide written proof to this court no later than June 9, 2014, that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to provide such written proof within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

On May 28, 2012, appellant provided written proof of payment for the clerk's record. Ms. Donna Kay McKinney is the official responsible for preparing, certifying and timely filing the clerk's record. Ms. McKinney is hereby ORDERED to file the clerk's record in this appeal no later than June 27, 2014.

_Sandee Bryan Marion_

Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of May, 2014.

Keith E. Hottle
Clerk of Court